IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN RICKS,

    Plaintiff,

v.     Civil No. 1:15-cv-00558-SMV-SCY

WESTERN FLYER EXPRESS and
ROBERT WAGNER,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the parties' Joint Motion to Dismiss (Doc 16), and all causes of action therein asserted or able to be asserted against Defendants Western Flyer Express, LLC d/b/a "Western Flyer Express" and Robert Wagner, with prejudice. The Court, having read the motion and being otherwise fully advised in the premises, FINDS the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint, and all causes of action therein asserted or able to be asserted against Defendants Western Flyer Express, LLC d/b/a "Western Flyer Express" and Robert Wagner be, and the same hereby are, dismissed with prejudice.

                                                  _____
                                                  Stephan M. Vidmar
                                                  U. S. Magistrate Judge

Prepare and submitted by:

BUTT THORNTON & BAEHR PC

/s/ Raúl P. Sedillo
Raúl P. Sedillo
*Attorneys for Defendants*
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777

Approved by:

KENNARD LAW

*/s/ Dennis L. Richard*
Dennis L. Richard
*Attorney for Plaintiff*
4171 North Mesa, Suite B-201
El Paso, Texas  79902
 (210) 314-5688